UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T ORGANIZATION INC, | ) |
|        Plaintiff, | ) |
| v. | ) No. 1:20-cv-02452-JPH-DLP |
| PARGAT SINGH DHALIWAL, | ) |
| HARJIT KAUR DHALIWAL, | ) |
|        Defendants. | ) |

**SHOW CAUSE ORDER**

Plaintiff "T organization inc" has filed a pro so complaint alleging breach of contract regarding property in Bakersfield, California. Dkt. 1 at 5. The complaint states that "T organization inc" is both an Indiana corporation and individual. *Id.* at 2. However, based on the name and the complaint's numerous references to it as a "Corporation," *id.* at 5, "T organization inc" is clearly a corporation.

Yet "corporations cannot proceed pro se." *Trade Well Int'l v. United Cent. Bank*, 825 F.3d 854, 860 (7th Cir. 2016). Indeed, "[a] corporation is not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court." *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008). "T organization inc" is a corporation unrepresented by a lawyer licensed to practice here. As a result, Plaintiff shall have **through November 20, 2020** for counsel to appear or otherwise show cause why the case should not be dismissed.

1

**SO ORDERED.**

Date: 10/21/2020

                                                    *James Patrick Hanlon*

                                                    James Patrick Hanlon
                                                    United States District Judge
                                                    Southern District of Indiana

Distribution:

T ORGANIZATION INC
624 Nicole Drive
Apt. 10
Greenwood, IN 46143